IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

PATRICIA DE OLIVEIRA SOUZA LELIS
BOLIN AND MARK C. BOLIN,

    Plaintiffs,

v.                                                               Case No. 1:21-cv-178-AJT-TCB

TARGET CORPORATION, D/B/A TARGET
STORES INCORPORATED,

    Defendant.

## PLAINTIFF PATRICIA DE OLIVEIRA SOUZA LELIS BOLIN'S WITNESS AND EXHIBIT LIST

Plaintiff Patricia de Oliveira Sousa Lelis Bolin by and through counsel, hereby submit

pursuant to the Court's scheduling order the following list of Witnesses and Exhibits that may be

called or introduced at trial.

### WITNESSES

1. Plaintiff Patricia De Oliveira Souza Lelis Bolin

2. Mark C. Bolin

3. Alexandro Gomes do Nasciamento
   Rua Lucia Helena 120A
   Barrio Paqueta-Belo Horizonte-MG CEP 31.340-240
   +55 31 865-7829.

4. Any witness listed by Target.

### II. EXHIBITS

1. Fairfax County General District Court Official record of proceedings in Docket No.

   GC29040401-00, including all exhibits.

2. Photographs of Plaintiff Ms. Bolin's injuries of February 26, 2019.

3.  Documents showing requests to Target for video footage and Target's representative's responses thereto.

4.  Video surveillance footage from February 26, 2019 provided to Plaintiff Ms. Bolin's counsel by Target.

5.  Medical records and bills of Plaintiff.

6.  Documents regarding the financial impact of Target's actions related to Plaintiff and the events of February 26, 2019.

7.  Any and all exhibits identified by Target in its Exhibit List.

Plaintiff reserves the right to supplement and/or alter the Witness List and Exhibit List in light of the fact that discovery has not yet been completed, and is scheduled to close on August 31, 2021. does not waive any privilege or any objection as to the confidentiality, admissibility, or use of any information or any Exhibits in this action, nor its right to call additional witnesses or introduce additional documents to support the Bolin's defenses, as well as for impeachment or rebuttal.

PATRICIA DE OLIVEIRA SOUZA LELIS

By Counsel

/s/ Fern P. O'Brian
Fern P. O'Brian, Esq. (VSB No. 24062)
Law Offices of Fern P. O'Brian
9620 Eagle Ridge Drive Bethesda, MD 20817
301-767-0876 - Phone
301-219-7384 - Fax
fernobrian@yahoo.com

2

<u>/s/ Bart Colombo</u>
Bart Colombo, Esq. (VSB No. 72256)
SABOURA, GOLDMAN & COLOMBO, P.C.
312 E. Market Street, Suite F
Leesburg, VA 20176
Tel (703)373-7577
Fax (703)443-0432
bcolombo@sabouralaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was emailed this 19th day of August, 2021 to:

Danielle D. Giroux (VSB No. 45401)
Alexandra J. Sipes (VSB No. 90175)
Counsel for Target Corporation, d/b/a Target Stores Incorporated
Harmon, Claytor, Corrigan & Wellman
1900 Duke Street, Suite 210
Alexandria, Virginia 22314
804-747-5200 – Phone
804-747-6085 – Fax
dgiroux@hccw.com
asipes@hccw.com

/s/ Fern P. O'Brian
_____
Fern P. O'Brian