IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

PATRICIA DE OLIVEIRA SOUZA LELIS
BOLIN,

  Plaintiff,

v.                                          Civil Action No. 1:21-cv-178-AJT-TCB

TARGET CORPORATION, D/B/A TARGET
STORES INCORPORATED,

  Defendant.

## OBJECTION'S TO PLAINTIFF'S WITNESS AND EXHIBIT LIST

Defendant Target Corporation, d/b/a Target Stores Incorporated, ("Target"), by counsel, hereby asserts the following Objections to Plaintiff's Witness and Exhibit List:

|    | **Witness**                              | **Defendant's Objections**                                                                                                                                                                                                          |
|----|-------------------------------------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1. | Patricia De Oliveira Souza Lelis Bolin    |                                                                                                                                                                                                                                      |
| 2. | Mark C. Bolin                             |                                                                                                                                                                                                                                      |
| 3. | Alexandro Gomes do Nasciamento            | This witness was not disclosed as an expert nor were any medical records from him produced until after the discovery cut off.  Target specifically objects to this doctor offering any opinions as none were designated.            |

|    | **Exhibits**                                                                                                                 | **Defendant's Objections**                                                                                                                                         |
|----|-------------------------------------------------------------------------------------------------------------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1. | Fairfax County General District Court Official record of proceeding in Docket No. GC29040401-00, including all exhibits.      | Objection. Description of the exhibit is insufficient in that it is vague and does not provide appropriate notice to Target; irrelevant; contains hearsay.          |
| 2. | Photographs of Plaintiff Ms. Bolin's injuries of February 26, 2019                                                            |                                                                                                                                                                     |

|    | **Exhibits** | **Defendant's Objections** |
|----|--------------|----------------------------|
| 3. | Documents showing requests to Target for video footage and Target's representative's responses thereto. | Objection. Description of the exhibit is insufficient in that it is vague and does not provide appropriate notice to Target; irrelevant; contains hearsay. |
| 4. | Video surveillance footage from February 26, 2019 provided to Plaintiff Ms. Bolin's counsel by Target. | Objection. Description of the exhibit is insufficient in that it is vague and does not provide appropriate notice to Target; irrelevant; contains hearsay. |
| 5. | Medical records and bill of Plaintiff. | Objection. Description of the exhibit is insufficient in that it is vague and does not provide appropriate notice to Target. Target objects to any hearsay contained in the bills. Target also objects to the introduction of any bills without an adequate foundation. Target further objects as these records were not produced until after the close of discovery. |
| 6. | Documents regarding the financial impact of Target's action related to Plaintiff and the events of February 26, 2019. | Objection. Description of the exhibit is insufficient in that it is vague and does not provide appropriate notice to Target. Target objects to any hearsay contained in the bills. Target also objects to the introduction of any documents without an adequate foundation. |

**TARGET CORPORATION, D/B/A TARGET STORES INCORPORATED**

By Counsel

/s/_____
Danielle D. Giroux (VSB No. 45401)
Alexandra J. Sipes (VSB No. 90175)
Counsel for Target Corporation, d/b/a Target Stores Incorporated
Harman, Claytor, Corrigan & Wellman
1900 Duke Street, Suite 210
Alexandria, Virginia  22314
804-747-5200 - Phone
804-747-6085 - Fax
dgiroux@hccw.com
asipes@hccw.com