IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

PATRICIA DE OLIVEIRA SOUZA LELIS BOLIN,

  Plaintiff,

v.                                                          Civil Action No. 1:21-cv-178-AJT-TCB

TARGET CORPORATION, D/B/A TARGET STORES INCORPORATED,

  Defendant.

## **STIPULATION OF DISMISSAL**

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by counsel, represent to the Court that all matters in controversy herein have been resolved and request that this action be dismissed agreed, with prejudice, with each party to bear its own costs and attorney's fees.

Respectfully submitted:

| /s/ Alexandra J. Sipes | /s/ Fern P. O'Brian |
|---|---|
| Danielle D. Giroux (VSB No. 45401) | Fern P. O'Brian, Esq. (VSB No. 24062) |
| Alexandra J. Sipes (VSB No. 90175) | Law Offices of Fern P. O'Brian |
| Harman, Claytor, Corrigan & Wellman | 9620 Eagle Ridge Drive |
| 1900 Duke Street, Suite 210 | Bethesda, MD 20817 |
| Alexandria, Virginia 22314 | 301-767-0876 - Phone |
| 804-747-5200 - Phone | fernobrian@yahoo.com |
| 804-747-6085 - Fax | |
| dgiroux@hccw.com | Bart Colombo, Esq. (VSB No. 72635) |
| asipes@hccw.com | Saboura, Goldman & Colombo, P.C. |
| *Counsel for Target Corporation, d/b/a Target Stores Incorporated* | 312 E. Market Street, Suite F |
| | Leesburg, VA 20176 |
| | 703-373-7577 - Phone |
| | bcolombo@sabouralaw.com |
| | *Counsel for Patricia De Oliveira Souza Lelis Bolin* |