IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

PATRICIA DE OLIVEIRA SOUZA LELIS
BOLIN,

   Plaintiff,

v.                                                   Civil Action No. 1:21-cv-178-AJT-TCB

TARGET CORPORATION, D/B/A TARGET
STORES INCORPORATED,

   Defendant.

## **STIPULATION OF DISMISSAL**

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by counsel, represent to the Court that all matters in controversy herein have been resolved and request that this action be dismissed agreed, with prejudice, with each party to bear its own costs and attorney's fees.

Respectfully submitted:

/s/ Alexandra J. Sipes_____
Danielle D. Giroux (VSB No. 45401)
Alexandra J. Sipes (VSB No. 90175)
Harman, Claytor, Corrigan & Wellman
1900 Duke Street, Suite 210
Alexandria, Virginia 22314
804-747-5200 - Phone
804-747-6085 - Fax
dgiroux@hccw.com
asipes@hccw.com
*Counsel for Target Corporation, d/b/a Target Stores Incorporated*

So Ordered.

_____
Anthony J. Trenga   September 7, 2021
United States District Judge

/s/ Fern P. O'Brian_____
Fern P. O'Brian, Esq. (VSB No. 24062)
Law Offices of Fern P. O'Brian
9620 Eagle Ridge Drive
Bethesda, MD 20817
301-767-0876 - Phone
fernobrian@yahoo.com

Bart Colombo, Esq. (VSB No. 72635)
Saboura, Goldman & Colombo, P.C.
312 E. Market Street, Suite F
Leesburg, VA 20176
703-373-7577 - Phone
bcolombo@sabouralaw.com
*Counsel for Patricia De Oliveira Souza Lelis Bolin*